Leland Baxter-Neal, OSB# 155347
leland@baxterneal.com
Baxter-Neal Legal LLC
333 SW Taylor St Ste 300
Portland, OR 97204
503-907-7714
Of Attorneys for Petitioner

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **G-R-D-A,**<br><br>**Petitioner,**<br><br>**v.**<br><br>JULIO HERNANDEZ, et al.,<br><br>**Respondents.** | **Case No. 1:26-cv-01827-MTK**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulated Motion to Dismiss Petition Without Prejudice. ECF 18. Having considered the motion and the parties' Joint Stipulated Agreement attached to it as Exhibit A, and good cause appearing, the motion is GRANTED.

IT IS HEREBY ORDERED that:

1. The Petition for Writ of Habeas Corpus, ECF 1, is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2).

2. The terms of the parties' Joint Stipulated Agreement, attached as Exhibit A to the Joint Stipulated Motion, are incorporated into this Order.

3. The Court shall retain jurisdiction of this action for the purpose of resolving any dispute that may arise in the future regarding the Joint Stipulated Agreement, its terms, or the enforcement thereof.

4. The evidentiary hearing set for November 3, 2026, and all remaining deadlines in this matter, are VACATED.

5. Each party shall bear its own costs and fees.

IT IS SO ORDERED.

DATED this 27th day of October 2026.

MUSTAFA T. KASUBHAI (he/him)
United States District Judge

**SUBMITTED BY:**

/s/ Leland Baxter-Neal
Leland Baxter-Neal, OSB #155347
Of Attorneys for Petitioner